**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DANNY MARK WILSON, Civil No. 01-932 (JRT)

Plaintiff,

v. **ORDER OF DISMISSAL**

ST. JUDE MEDICAL, INC.,

Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Aug. 22, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED AUG 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK